THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ANDREW FLOYD, | CASE NO. C17-1154-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GEICO INSURANCE COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and pretrial deadlines (Dkt. No. 23). Finding good cause, the motion is GRANTED. The trial is continued to January 14, 2019 at 9:30 a.m. The proposed pretrial order is due by January 4, 2019. Trial briefs are to be filed by January 10, 2019. Discovery cutoff is 120 days before trial. The dispositive motion deadline is 90 days before trial.

DATED this 8th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C17-1154-JCC
PAGE - 1